```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | DANIEL S. LINHARDT
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2770
```



FILED
JUN 2 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff              )   CR.S-05-0007 EJG
                               )
    v.                         )
                               )   ORDER
HARRY HRAIR GALSTIAN,          )
                               )
        Defendant.             )
_____)

The parties having stipulated that the language in the plea agreement which was the basis of defendant Galstian's plea in this case incorrectly referenced a second superseding information when in fact no superseding informations had been filed in this case. The parties agree that the Court may issue this Order which amends, non pro tunc, the plea agreement to eliminate the words "second superseding" before the word "information" in the first numbered paragraph. The parties understand and the record shall reflect that the defendant pled guilty to the only information that had ever been filed in this case, which was dated January 10, 2005.

Dated: 6/27/05                   _____
                                 EDWARD J. GARCIA
                                 U.S. DISTRICT COURT

1